STATE OF NEW JERSEY v. ANDREW J. KEARNEY.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ALVIN CAMILLO.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CLIFTON JOEL BAYES.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD J. ROWE.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CAMARATA.

December 8, 1987.

Petition for certification denied.